IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. OLAYO,

    Petitioner,

v.

LARRY SCRIBNER, Warden,

    Respondent.
                                               /

No. C 07-00932 SBA (PR)

**ORDER DIRECTING PAYMENT OF FILING FEE OR FILING OF *IN FORMA PAUPERIS* APPLICATION**

    Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, Petitioner has not paid the requisite $5.00 filing fee or filed an application for leave to proceed in forma pauperis (hereinafter "IFP").  The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or completed an IFP application.  See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor).

    Accordingly, Petitioner shall pay the requisite $5.00 filing fee in this action no later than **thirty (30) days** from the date of this Order.  He shall include with his payment a clear indication that it is for the above-referenced case number C 07-00932 SBA (PR).  In the event that Petitioner is unable to pay the filing fee, he shall submit an IFP application, trust account statement and certificate of funds no later than **thirty (30) days** from the date of this Order.  Failure to pay the filing fee or file the requisite documents shall result in dismissal of this action.

    The Clerk of the Court shall send Petitioner a blank prisoner IFP application form along with his copy of this Order.

    IT IS SO ORDERED.

DATED: 8/2/07

                                        *Saundra B Armstrong*
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

P:\PRO-SE\SBA\HC.07\Olayo0932.fileIFP.wpd

<div style="margin-left:2em">**United States District Court**
For the Northern District of California</div>

1
2  UNITED STATES DISTRICT COURT
3  FOR THE
4  NORTHERN DISTRICT OF CALIFORNIA
5
6
7  DAVID A OLAYO,                                              Case Number: CV07-00932 SBA
8             Plaintiff,                                       **CERTIFICATE OF SERVICE**
9     v.
10 LARRY SCRIBNER et al,
11            Defendant.
                                                       /
12
13 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
14
15 That on August 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
16
17
18
19 David A. Olayo V88122
   D1-231
20 Calipatria State Prison
   P.O. Box 5002
   Calipatria, CA 92233
21
   Dated: August 3, 2007
22
                                                       Richard W. Wieking, Clerk
                                                       By: LISA R CLARK, Deputy Clerk
23
24
25
26
27
28

P:\PRO-SE\SBA\HC.07\Olayo0932.fileIFP.wpd   2