IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. OLAYO,

    Petitioner,

v.

LARRY SCRIBNER, Warden,

    Respondent.
_____/

No. C 07-00932 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application.  The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.  Petitioner did not respond to the Clerk's notice.

    On August 3, 2007, the Court issued an Order Directing Payment of Filing Fee or Filing of In Forma Pauperis Application.  The Clerk sent Petitioner another blank in forma pauperis application.  The Court directed Petitioner to either pay the fee or return the completed application within thirty days or his action would be dismissed.

    More than thirty days have passed and Petitioner has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 11/9/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.07\Olayo0932.DISIFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A OLAYO, | Case Number: CV07-00932 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| LARRY SCRIBNER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David A. Olayo V88122
D1-231
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233

Dated: November 14, 2007

                                        Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk